IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GILMAR ALEXANDER GUEVARA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL CASE NO.  08-1604 |
| | § | |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER

Gilmar Alexander Guevara filed a petition for a writ of habeas corpus raising fourteen grounds for relief.  On September 23, 2011, the court entered a Memorandum and Order denying Guevara's petition with regard to all but one claim.  (Docket Entry No. 36).  Guevara has now filed an unopposed motion to brief the impact of a recent Supreme Court case, *Martinez v. Ryan*, 132 S. Ct. 1309 (2012), on the denial of relief.  (Docket Entry No. 43).  The court **GRANTS** Guevara's motion.  Guevara will file his supplemental briefing on or before **July 9, 2012**.  The respondent will file a reply on or before **August 23, 2012**.  Guevara may file a response on or before **September 24, 2012**.

SIGNED on May 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge