# RICARDO RODRIGUEZ
### Attorney & Counselor At Law

1314 Texas Ave. @ Austin
Suite 608
Houston, Texas 77002

Telephone: (713) 652-3900
Facsimile: (713) 655-9329



10 May 2001

DR. FRED L. FASON, M.D.
1116 Fountainview Dr.
Houston, Texas 77007-2202

    Re: Spanish MMPI for Gilmar Guevara, 180th District Court, Capital Murder

Dear Dr. Fason:

    Enclosed please find the completed MMPI for Capital Murder Defendant, GILMAR GUEVARA, 180th District Court, Judge Debbie Mantooth Stricklin.

    I have also enclosed a copy of the Motion which I filed and was granted by Judge Stricklin. We are working on some time constraints due largely to the Defendant's taking too long to complete the MMPI.

    The Defendant is from El Salvador, 31 years old and after making two (2) confessions to both Capital Murders, he now is saying that he is not the shooter and in the alternative, that the co-Defendant, Mr. Sentaya, who is at large, forced him to commit same due to his threats to harm the Defendant and his family.

    We have started Voir Dire and are set to commence trial on 23 May 2001. Please call me so that I can give you additional information. We will continue with Voir Dire selection in Project Court #2 on the 20th Floor of the Criminal Justice Center.

    Thanking you in advance for your prompt and speedy assistance in this cause, I remain,

                            Very truly yours,

                            Ricardo Rodriguez

RR/mm
Enclosures